**People's Trust & Savings Bank, appellee, v. George E. Hooven et al. George E. Hooven, appellant. Gen. No. 27,277.**

Order appointing a receiver upon a creditor's bill. Appeal from the Superior Court of Cook county; the Hon. John M. O'Connor, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Affirmed. Opinion filed June 27, 1922.

Berkman, Wylie, Reagh & Braun, for appellant. Samuel G. Hamblen, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

**Chicago Steel Tank Company, appellee, v. F. R. Frissenfeldt, appellant. Gen. No. 27,374.**

Action for damage to plaintiff's automobile in a collision with defendant's automobile. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Henry M. Walker, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Reversed with finding of fact. Opinion filed June 27, 1922.

Joseph O. McKiernan, for appellant. Abraham Lepine, for appellee; A. F. Rackerby, of counsel.

Mr. Justice Barnes delivered the opinion of the court.

---

**E. E. Tolman, appellee, v. Simon Dansk, appellant. Gen. No. 27,383.**

Action of forcible detainer. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Robert E. Gentzel, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Affirmed. Opinion filed June 27, 1922.

Becker & Horwich, for appellant. Kraft, Kraft & Erskine, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

**E. E. Tolman, appellee, v. Frank J. Schulz, appellant. Gen. No. 27,385.**

Action of forcible detainer. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Robert E. Gentzel, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Affirmed. Opinion filed June 27, 1922.

Becker & Horwich, for appellant. Kraft, Kraft & Erskine, for appellee.

Mr. Justice Barnes delivered the opinion of the court.